■ In the Matter of TYESHA BROWN, an Infant, by Her Mother and Natural Guardian, LATIA TOLIVER, et al., Respondents, v CITY OF NEW YORK, Respondent, and NEW YORK CITY HOUSING AUTHORITY, Appellant. [664 NYS2d 904] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about June 20, 1996, unanimously affirmed for the reasons stated by Gammerman, J., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Nardelli, Rubin and Mazzarelli, JJ.